FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. ALVES,<br><br>        Petitioner,<br><br>   vs.<br><br>M. EVANS, WARDEN,<br><br>        Respondent. | CASE NO. CV 07-03429 SVW (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Petition of ROBERT M. ALVES for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of jurisdiction.

DATED: 2/11/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE